**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00938-CR
## No. 05-15-00939-CR

**DEMARCUS JERMANE SAMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-12092-L, F09-12093-L**

## ORDER

On the Court's own motion, we **ORDER** appellant's brief filed as of the date of this order.

/s/      ADA BROWN
JUSTICE